UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED MCLEAN,

                              Petitioner,

JUDGMENT
05-CV- 5603 (SLT)

-against-

GARY GREEN, Superintendent,
Green Haven Correctional Facility,

                              Respondent.
-----------------------------------------------------------------X



      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 9, 2009, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 15, 2009, after a *de novo* review of the record; denying the petition for a writ of habeas corpus; and declining to issue a Certificate of Appealability; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted in its entirety; that the petition for a writ of habeas corpus is denied; and that the Court declines to issue a Certificate of Appealability.

Dated: Brooklyn, New York
       December 10, 2009

                                            ROBERT C. HEINEMANN
                                            Clerk of Court

